```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08822
    RONALD W GRUBIDT
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-6757


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/15/07 .

     2.  The case was converted to Chapter 7 without confirmation, 07/02/2007.

     3.  The Debtor paid a total of $     184.60 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| VILLA OLIVIA TOWNHOME AS | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | NOT FILED | .00 | .00 |
| CLEARCHECK PAYMENT SOLUT | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LETIZIA DENTAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY CHECKS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BARTLETT | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED              .00           .00          .00          .00          .00
PRINCIPAL PAID                  .00           .00          .00          .00          .00
INTEREST PAID                   .00           .00          .00          .00          .00
TOTAL PAID                      .00           .00          .00          .00          .00
```

The Debtor's attorney, LEDFORD & WU                      , was allowed $          .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $     184.60 .

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


 Dated: 10/16/07      /S/
            GLENN STEARNS
            CHAPTER 13 TRUSTEE


           PAGE   2
CASE NO. 07 B 08822 RONALD W GRUBIDT